IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLEN A. GARLAND,
    Petitioner,

vs.                    Case No.: 3:04cv293/RV/EMT

JAMES CROSBY, JR.,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 3, 2005. Respondent has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 22) is **DENIED**.

3. The file shall be returned to the assigned Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 1st day of June, 2005.

                              /s/ _Roger Vinson_
                              **ROGER VINSON**
                              **UNITED STATES SENIOR JUDGE**