IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLEN A. GARLAND,

       Petitioner,

vs.                                                  CASE NO. 3:04cv293/RS

JAMES R. McDONOUGH,

       Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Order, Report and Recommendation (Doc. 43). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.
2. The Second Amended Petition for Writ of Habeas Corpus (Doc. 14) is denied.
3. The clerk is directed to close the file.

ORDERED on August 1, 2006.

                                                              /S/ Richard Smoak
                                                              **RICHARD SMOAK**
                                                              **UNITED STATES DISTRICT JUDGE**